USPS.com® - USPS Tracking® Results  Page 1 of 2

Case 2:20-cv-01775-AMM   Document 10-2   Filed 12/22/20   Page 1 of 2

FILED
2020 Dec-22  PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMI...**

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70191120000136326316

Remove ✕

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

October 13, 2020
In Transit to Next Facility

**Get Updates** ⌄

---

**Text & Email Updates**  ⌄

---

**Tracking History** ⌃

October 13, 2020
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

October 9, 2020, 4:59 am
Departed USPS Regional Facility
BIRMINGHAM AL DISTRIBUTION CENTER

Exhibit 2

October 9, 2020, 12:45 am
Arrived at USPS Regional Facility
BIRMINGHAM AL DISTRIBUTION CENTER

October 7, 2020, 11:00 pm
Departed USPS Regional Facility
CHARLOTTE NC DISTRIBUTION CENTER

October 7, 2020, 9:14 pm
Arrived at USPS Regional Facility
CHARLOTTE NC DISTRIBUTION CENTER

## Product Information

**Postal Product:**

**Features:**
Certified Mail™

Feedback

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**