

Personal and Confidential

October 5, 2020

*Via US Priority Mail*
Mr. Timothy Chapman
3412 Old Wood Lane
Birmingham, AL 35243

                     Re:   **Post-Employment Restrictions**

Dear Timothy:

       As a follow up to your resignation from employment with Snider Tire on October 2, 2020, I am writing to advise you of certain post-employment restrictions contained in your December 6, 2019 Employment Agreement with Snider Tire (the "Employment Agreement") (see attached).

       Pursuant to Paragraph 6 of the Employment Agreement, Snider Tire has elected to invoke its post-employment restrictions from the date of separation from employment through July 1, 2021. Per the terms of the Employment Agreement, you shall receive payment of your prior year's Form W-2 earnings through that date. Please note that the Confidential Information protections set forth in Paragraph 5 of the Employment Agreement remain in full force and effect as applicable through and after July 1, 2021.

       Please let me know if you have any questions regarding these restrictions.

Sincerely,

*/s/ Rich Cannon*

Rich Cannon
Vice President, HR

enclosure

PPAB 5016436v1

**EXHIBIT C**